# Court of Appeals
# of the State of Georgia

ATLANTA,____May 16, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1582.  INYANG PETER ODUOK v. FULTON DEKALB HOSPITAL
AUTHORITY d/b/a GRADY MEMORIAL HOSPITAL et al.**

Inyang Peter Oduok filed a civil action against Fulton County DeKalb Hospital. On December 16, 2015, the trial court dismissed his action for failure to file an affidavit in support of his claim for professional negligence. The trial court thereafter denied Odouk's motion for reconsideration on January 6, 2016. Oduok filed a notice of appeal on February 6, 2016. We lack jurisdiction.

The denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985). Thus, Odouk's failure to file a notice of appeal within 30 days of the trial court's December 16, 2015 order renders this appeal untimely, and it is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____05/16/2016_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.